UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM XAVIER ARCHIBALD III,<br><br>                                    Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>                                    Defendants. | Case No.:  26-cv-2216-RSH-MMP<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

On April 3, 2026, plaintiff William Xavier Archibald III, proceeding *pro se*, initiated this civil action. ECF No. 1.

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405, consisting of a $350 statutory fee plus an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023)). An action may proceed despite a plaintiff's failure to prepay the entire fee only if she is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Escobedo v. Applebees*, 787 F.3d 1226, 1232 (9th Cir. 2015) ("Section

1

1915(a)(1) allows federal courts to authorize commencement of a suit 'without prepayment of fees or security therefor, by a person who submits an affidavit' demonstrating 'that the person is unable to pay such fees or give security therefor.'") (quoting 28 U.S. Code § 1915(a)(1)); *see Hymas v. United States DOI*, 73 F.4th 763, 766 n.3 (9th Cir. 2023) ("§ 1915(a)(1) applies to all persons notwithstanding its 'prisoner possesses' language.") (internal quotation marks omitted). Here, Plaintiff has neither prepaid the $405 in filing and administrative fees required to commence this civil action nor submitted a motion to proceed IFP pursuant to 28 U.S.C. § 1915(a).

For these reasons, the Court:

1.    **DISMISSES** this action **WITHOUT PREJUDICE** for Plaintiff's failure to pay the $405 civil filing and administrative fee as required by 28 U.S.C. § 1914(a) or failure to move to proceed IFP pursuant to 28 U.S.C. § 1915(a).

2.    **GRANTS** Plaintiff **thirty (30) days** leave from the date of this Order to re-open the case by: (a) paying the $405 civil filing and administrative fee required by 28 U.S.C. § 1914(a) in full; or (b) completing and submitting a properly supported motion to proceed IFP. The Clerk of Court is **DIRECTED** to send, along with this Order, a copy of AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form).

If Plaintiff has done neither by the deadline, this civil action will remain dismissed without prejudice pursuant to 28 U.S.C. § 1914(a) without further Order of the Court.

**IT IS SO ORDERED.**

Dated: June 12, 2026

*Robert S. Huie*
Hon. Robert S. Huie
United States District Judge

2